IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01931-EWN-PAC

TED OTTINGER,

    Plaintiff(s),

v.

MESA COUNTY SCHOOL DISTRICT, NO. 51,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the evidentiary hearing on Defendant's Motion to Enforce Settlement Agreement (doc. 21), and the motion hearing on Ronald E. Gregson's Unopposed Motion to Withdraw (doc. 22) set for March 10, 2006 are **vacated** due to the filing of a Stipulated Dismissal with Prejudice on March 3, 2006 (doc. 26).

    IT IS FURTHER **ORDERED** that School District's Motion to Enforce Settlement Agreement dated February 14, 2006 (doc. 21), and Ronald E. Gregson's Unopposed Motion to Withdraw dated February 14, 2006 (doc. 22) are both **denied as moot**.

    IT IS FURTHER **ORDERED** that the Clerk's office shall mail a copy of this Minute Order to plaintiff at the following address:

        Ted Ottinger
        217 S. 187th Street
        Burien, WA 98148

Dated:  March 6, 2006