IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01931–EWN–PAC

TED OTTINGER,

      Plaintiff,

v.

MESA COUNTY SCHOOL DISTRICT
NO. 51,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the court on the "Stipulated Dismissal With Prejudice" filed March 3, 2006. The court having read the Stipulated Dismissal filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 13th day of March, 2006.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge